UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 8, 2005
C-40

No. **04-3886**

United States of America

v.

Demond Poetry Beason

( W.D. PA 03-cr-00040E)

Present: ALITO, McKEE and AMBRO, <u>Circuit Judges</u>

1. Motion by Appellant for Summary Remand to the District Court.

2. Response by Appellee, USA.

/s/ Phyllis Ruffin
Phyllis Ruffin 267-299-4918
Case Manager

O R D E R

The foregoing motion is granted.

By the Court,

/s/ Samuel A. Alito, Jr.
Circuit Judge

Dated: October 27, 2005
par/cc: K.S.G., Esq.
R.P., Esq.
L.S.I., Esq.