UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 8, 2005
C-40

No. <u>04-3886</u>

United States of America

v.

Demond Poetry Beason

( W.D. PA 03-cr-00040E)

Present: ALITO, McKEE and AMBRO, <u>Circuit Judges</u>

1. Motion by Appellant for Summary Remand to the District Court.

2. Response by Appellee, USA.

<u>/s/ Phyllis Ruffin</u>
Phyllis Ruffin 267-299-4918
Case Manager

_____ O R D E R _____

The foregoing motion is granted.

By the Court,

<u>/s/ Samuel A. Alito, Jr.</u>
Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: October 27, 2005
par/cc: K.S.G., Esq.
   R.P., Esq.
   L.S.I., Esq.

Certified as a true copy and issued in lieu
of a formal mandate on 11/18/05      TM

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Cir---