IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEMOND POETRY BEASON )<br>Defendant ) | CRIMINAL NO. 03-40 ERIE |

O R D E R

           AND NOW, to wit, this 21st day of November, 2005, the above captioned matter having been remanded for re-sentencing in accordance with <u>United States v. Booker,</u> 125 S. Ct. 738 (2205).

        IT IS HEREBY ORDERED, that the Defendant's **Re-sentencing** will be held on **Monday, December 19, 2005 at 1:30 p.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, PA.

                                                    s/Sean J. McLaughlin
                                                    Sean J. McLaughlin
                                                    United States District Judge

cc: Christian Trabold, AUSA
    Thomas Patton, PDA
    U.S. Probation Department
    U.S. Marshal Service