IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-40 Erie |
| ) | |
| DEMOND POETRY BEASON ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

    The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

    1. Name of Detainee: Demond Poetry Beason, 20184-068, Year of Birth: 1974, African American, Male.

    2. Detained by: FCI Allenwood Medium, Federal Correctional Institution, P.O. Box 2500, White Deer, Pennsylvania 17887.

    3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2114(a), and is presently in federal custody at FCI Allenwood Medium, P.O. Box 2500, White Deer, Pennsylvania 17887.

    4. The above case is set for resentencing at Erie, Pennsylvania on December 19, 2005, at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

    5. The Warden of FCI Allenwood Medium, White Deer, Pennsylvania has no objection to the granting of this petition.

                                                         s/Christian A. Trabold
                                                         CHRISTIAN A. TRABOLD
                                                         Assistant U.S. Attorney
                                                          PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____                      _____
DATE                                                UNITED STATES DISTRICT JUDGE

cc: United States Attorney