IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>DEMOND POETRY BEASON,<br>     Defendant. | Criminal No. 03-40 Erie |

## ORDER

AND NOW this __14TH__ day of December, 2005

IT IS HEREBY ORDERED THAT the above defendant is scheduled to be Re-sentenced on **Wednesday, January 4, 2006 at 1:30 p.m.** before the Honorable Sean J. McLaughlin in Courtroom C, United States Courthouse and Postoffice, 17 South Park Row, Erie, PA.

                                                                                           _____
                                                                                           Sean J. McLaughlin
                                                                                           United States District Judge

cc: Thomas Patton
    Marshal Piccinini
    U.S. Probation/Pretrial Services
    U.S. Marshal Service