| COMMONWEALTH OF PENNSYLVANIA | POLICE CRIMINAL COMPLAINT |
|---|---|
| COUNTY OF: **ERIE** | |
| Magisterial District Number: 06-1-04 | COMMONWEALTH OF PENNSYLVANIA |
| District Justice Name: Hon. Urbaniak | VS. |
| Address: 1021 Parade Street  Erie PA. 16504 | DEFENDANT: Demond Beason  NAME and ADDRESS  Demond Beason  242 1/2 West 18th St.  Erie, Pa 16502 |
| Telephone: (814) 451-6522 | |
| Docket No.: CR 378-03 | |
| Date Filed: 9/24/03 | |
| OTN: H840471-2 | |

Defendant's Race/Ethnicity: ☒ Black
Defendant's Sex: ☒ Male
Defendant's DOB: 7-29-74
Defendant's Social Security Number: 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

Defendant's A.K.A. American

Complaint Number: 03-48122

District Attorney's Office ☐ Approved ☐ Disapproved because, _____
(The District Attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa. R. Cr.P. 107.)

(Name of Attorney for Commonwealth - Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

I, **Det. E Dickens #282**    9-24-03

of, **The Erie Police Department, Erie Pennsylvania**    **PA0250200**

do hereby state: (check appropriate box)
1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but is described as :
   ☐ I accuse the defendant whose name and poplar designation or nickname is unknown to me and whom I have therefore designated as John Doe.

With violating the penal laws of the Commonwealth of Pennsylvania at **2110 East 10th St.**
(Place - Political Subdivision)

in **Erie** County on or about **9-24-03 at approx 10:50am**

Participants were: (if there were participants, place their names here, repeating the name of above defendant)
**Demond Beason**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated,

2701(a)(1) Simple Assault
3701(a)(iv) Robbery

Withdrawn Charges
Det Dickens
11-5-03

I CERTIFY THIS TO BE A CORRECT AND TRUE COPY OF THE COMPLAINT FILED IN THIS OFFICE.

Sworn and subscribed before me this ___ day of June, 20__

**DEFENDANT'S EXHIBIT**
CASE NO.
EXHIBIT NO. A

AOPC 412-(6/96)
(Continuation of 2)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary K. Sienicki, Notary Public
City of Erie, Erie County
My Commission Expires May 31, 2008

\'s Name: **Demond Beason**

_et Number: CR-378-03



**POLICE CRIMINAL COMPLAINT**

P.C.C 2701(a)(1) Simple Assault (1 count )
On 9-24-01 at approx 10:50am the defendant did intentionally, knowingly or recklessly caused bodily injury to another that being US postal worker Lori Niemeyer by punching her in the left eye after trying to take her mail bag in the area of 2110 East 10th street which required her to seek medical attention at St. Vincent Hospital.

P.C.C 3701(a)(iv) Robbery (1 count )
On 9-24-03 at approx 10:50am the defendant did in the course of committing a theft inflicted bodily injury upon another or threaten another with or intentionally put another in fear of immediate bodily injury, that being US postal worker Lori Niemeyer by attempting to take her mail bag then punching her in the face.

To wit: On 9-24-03 Officer Stoker was dispatched to 10th & Tacoma for an assault on a US postal carrier. Upon arrival Officer Stoker spoke with victim US postal worker Lori Niemeyer. The victim stated when she got out of her vehicle she saw a b/m approx 5'4, stocky build with his hair half braided and half out wearing dark clothes.
   She also stated the b/m was playing with his hair. She stated when she walked up to 2110 East 10th street to deliver her mail she was approached by the b/m from behind, who said " Hey shorty how ya doin". She stated when she turned around the b/m grabbed her mail bag and attempted to pull it out of her hands, she stated as she attempted to grab her mace the b/m punched her in the face requiring her to seek medical attention at St. Vincent hospital for bruising to her left eye. After punching her in the eye the suspect then turned and walked away.

After a description was giving out over the police radio on the suspect. This affiant spotted a b/m walking west in the 600 blk of 6th street that matched the description of the suspect, hair half braided and half down but wearing different clothes. The victim was then brought to the scene and was able to identify the defendant as the person who attempted to take her mail bag and punched her in the face. The victim was able to identify the defendant from his hair, which was still half braided and half down as he walked away.

Officer Gustafson also saw the defendant walking in the area of 2110 East 10th street at approx 10:35am. He identified the defendant at the booking counter of EPD as the same person he saw in the area of 2110 East 10th street.

all of which were against the dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of:

| | (Section) | (Subsection) | | (PA. Statute) | (Counts) |
|---|---|---|---|---|---|
| 1. | P.C.C | 2701 | Of the | (a)(1) | 1 |
| 2. | P.C.C | 3701 | Of the | (a)(iv) | 1 |
| 3. | | | Of the | | |
| 4. | | | Of the | | |

3.  I ask that a warrant of arrest ▮▮▮▮▮▮▮▮ be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This is made subject to the penalties of section 4904 of the Crimes Code (18 PA. C.S. 4904) relating to unsworn falsification to authorities.

_____September 24,_____ 20 _03_     _Def. E. Duelen #282_
                                              (Signature of Affiant)

AND NOW, on this Date _September 24_, 20 _03_ , I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_06-1-04_                                   _Joseph M. LeFaiver_
                                              _District Justice_