IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal No. 03-40 ERIE |
| V | ) |
| | ) |
| DEMOND POETRY BEASON, | ) |
|    Defendant. | ) |

## ORDER

AND NOW, this 10th day of January, 2006

IT IS HEREBY ORDERED that the defendant, DEMOND POETRY BEASON, is scheduled to be Re-Sentenced on **Monday, February, 6, 2006, at 9:00 a.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                              S/Sean J. McLaughlin
                                              Sean J. McLaughlin
                                              United States District Court

cc: All counsel of record
    Pretrial/probation
    U.S. Marshal Service