# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
_____ )
**Plaintiff** )
 )
vs. ) No. CR 03-40 Erie
 )
Demond Beason )
_____ )
**Defendant** )

HEARING ON **Re-Sentencing**

Held on **2-6-06**

Before Judge **McLaughlin**

Christian Trabold          Thomas Patton

**Appear for Plaintiff**          **Appear for Defendant**

Hearing begun **9:09 am**          Hearing adjourned to **9:41 am**

Hearing concluded C.A.V. _____   Stenographer **Ron Bench**

Clerk **Nicole Kierzen**

**WITNESSES:**

For Plaintiff          For Defendant

190 @ count 1 and 2 serve concurrently
3 years supervised release Count 1, 2. concurrently