NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

District Court
Docket No. _____

District Court
Judge _____

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [ ] Order; [ ] Other (Specify) _____

_____

_____

entered in this action on _____ .

DATED:

_____
(Counsel for Appellant-signature)

| | |
|---|---|
| (Name of Counsel-Typed) | (Counsel for Appellee) |
| (Address) | (Address) |
| | |
| (Tel. No. - FTS or Other) | (Tel. No. - FTS or Other) |