UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 15, 2007

<u>No. 06-1531</u>

USA v. Beason
(WD PA DC No. 03-cr-40)

Present:  **Fisher**, **Roth**, <u>Circuit Judges</u>, and **Rambo**, <u>District Judge, Middle District of PA</u>

Motion by Appellant to Supplement Record on Appeal and/or To Take Judicial Notice.

<u>/s/ Phyllis Ruffin</u>
Case Manager 267-299-4918

See Clerk's Order dated 10/19/06
**Calendared: 5/18/07**

O R D E R

**The foregoing motion is granted.**



A True Copy
Marcia M. Waldron, Clerk

**By the Court,**

<u>**/s/ D. Michael Fisher**</u>
**Circuit Judge**

**Dated:** May 15, 2007
par/cc: R.P., Esq.
         R.L.E., Esq.