IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 06-1531

---

UNITED STATES OF AMERICA,
Appellee

v.

DEMOND POETRY BEASON,
Appellant

---

MOTION TO SUPPLEMENT RECORD ON APPEAL

---

1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6565

LISA B. FREELAND
Federal Public Defender

RENEE PIETROPAOLO
Assistant Federal Public Defender
Counsel of Record

Attorneys for Appellant,
Demond Poetry Beason

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,    )
       Appellee             )
                             )
v.                           )   No. 06-1531
                             )
DEMOND POETRY BEASON,        )
       Appellant            )

### MOTION TO SUPPLEMENT RECORD ON APPEAL

AND NOW, comes the appellant, Demond Poetry Beason, by and through his counsel, Renee Pietropaolo, Assistant Federal Public Defender, and respectfully files this Motion to Supplement the Record on Appeal. In support thereof counsel states:

1. Appellant Demond Poetry Beason is filing a Brief for Appellant and Appendix contemporaneously with this Motion.

2. Mr. Beason is appealing a judgment of sentence.

3. Two of Mr. Beason's prior Pennsylvania state convictions - - one for delivery of a non-controlled substance and one for resisting arrest - - were the subject of extensive debate at sentencing. See, e.g., App. 135, 121, 119-24, 107-112, 100-02, 89-91, 93-94, 36, 31; PSR ¶¶35-37.

4. As set forth more fully in the brief for appellant, Mr. Beason argues in pertinent part that neither conviction should have been relied upon as a predicate for career offender enhancement.

5. It appears as though records of both convictions were presented to the district court. See, e.g., App. 121, 135.

Those records were in fact provided by the government to the defense as Rule 16 material.

6.  Mr. Beason seeks to Supplement the Record on Appeal with the Criminal Informations filed in state court for both offenses, documents which are of public record: "If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . by the court of appeals". Fed.R.A.P., Rule 10(e).

7.  Such documents are appropriate documents of which this Court can take judicial notice. See, e.g., Landy v. Federal Deposit Insurance Corp., 486 F.2d 139 (3d Cir. 1973) (taking judicial notice of complaint filed).

8.  Furthermore, this Court has, "on occasion, and without citation to [] conflicting authority . . . employed Rule 10(e) to add to the record material not first presented to the district court." In re Capital Cities/ABC Inc.'s Application for Access to Sealed Documents, 913 F.2d 89, 97 (3d Cir. 1989) (citing, Castle v. Cohen, 840 F.2d 173, 180 n.12 (3d Cir. 1988); Denicola v. G.C. Murphy Co., 562 F.2d 889, 894 n.8 (3d Cir. 1977)) (parentheticals omitted).

9.  It also has the inherent equitable power to supplement the record with material not presented to the district court, see id. at 96-98, as well as the power to take judicial notice of any

fact, the existence of which is not factually disputed. <u>United States v. Lowell</u>, 649 F.2 950, 966 (3d Cir. 1981).

10. Accordingly, Mr. Beason hereby respectfully requests that the Court either permit supplementation of the record on appeal with, or take judicial notice of, the attached criminal records.

WHEREFORE, Appellant Demond Poetry Beason respectfully moves the Court to supplement the record on appeal and/or take judicial notice of the attached criminal records.

Respectfully submitted,

_____
Renee Pietropaolo
Assistant Federal Public Defender

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | OF ERIE COUNTY, PENNSYLVANIA |
| VS. | : | |
| | : | CRIMINAL DIVISION |
| DEMOND BEASON | : | NO.  1906  Of  1993 |
| a/k/a Poncho, a/k/a Poetry | : | E 160938-1 |

### INFORMATION

The District Attorney of Erie County, by this Information, charges that on (or about) July 30, 1992, in the said County of Erie and State of Pennsylvania, the said DEMOND BEASON a/k/a Poncho a/k/a Poetry unlawfully, feloniously and knowingly delivered a non-controlled substance upon the express or implied representation that the substance is a controlled substance, to-wit: two (2) units of Rocks which he represented same to be Crack Cocaine to Agent David Seda of the Pennsylvania Office of Attorney General, BNIDC, for the amount of $40.00 U.S. currency, occurring at the 200 Block of East 22nd and Holland Streets, City of Erie, Erie County, Pennsylvania; thereby, the said DEMOND BEASON a/k/a Poncho a/k/a Poetry did commit the crime of VIOLATION OF THE CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT, Delivery, a Felony.

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

(xx )   Notice is hereby given, per Pa.R.Crim.P. 1127(B)(1), that this Information will be tried with Information No. 1902 of 1993.
(xx )   Notice is hereby given, per Pa.R.Crim.P. 1127(B)(1), that your case will be tried together with all co-defendant(s) since you are alleged to have participated in the same act or transaction.

_35 P.S.  780-113(a)(35)_
Citation of Statute & Section

_/s/ Patrick M Carey_
Attorney For Commonwealth

**Supp. App. 1**

IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

Commonwealth (VS)   BEASON DEMOND                    (The Defendant)

Case Number:        1993-01906          OTN: E109381

Count   Information
  1     REPRESENTING SUBSTANCE AS CONTROLLE

Trial    3/14/94
  1     GUILTY BY JURY

And now  5/03/94, the Court Sentences the Defendant to pay the following:

Total Cost & Fines       287.59

and undergo the following imprisonment:

SENTENCE -COST; RESTITUTION; CT 1: WESTERN PENTENTIARY 1 YEAR TO
2 YEARS TO BE SERVED CONSECUTIVELY TO DOCKET 1902 OF 1993

The Defendant, shown above, is ordered committed to the WESTERN PENTIENTIARY, for compliance with the above sentence.

ANTHONY FRED P

_____
        Judge

TRUE COPY AS FILED
ATTEST _____
DEPUTY CLERK OF COURTS
COMMISSION EXPIRES THE FIRST MONDAY IN JAN. 2006

CLERK OF RECORDS
MAY 10  3 27 PM '94
CRIMINAL DIVISION
COUNTY COURTHOUSE
ERIE, PENNA.

Supp. App. 2

NO. 1002 of 1994

COMMONWEALTH OF PENNSYLVANIA

v.

DEMOND BEASON

**INFORMATION**

RESISTING ARREST OR OTHER LAW ENFORCEMENT
18 P.S. 5104
Misdemeanor of the second degree

**PLEA or TRIAL:**

AND NOW, 9/7, 19 94, I STATE THAT I AM THE DEFENDANT IN THIS MATTER AND THAT I HAVE BEEN ARRAIGNED ON THIS CHARGE(S); I AGREE THAT MY RIGHTS HAVE BEEN EXPLAINED TO ME AND I HAVE VOLUNTARILY CHOSEN TO PLEAD GUILTY/NO CONTEST/NOT GUILTY. AS CHARGED

X _Demond Beason_       _[signature]_
Defendant                Attorney for Defendant

**ARD:**

AND NOW, _____, 19 ____, I STATE THAT I AM THE DEFENDANT IN THIS MATTER AND THAT I UNDERSTAND THE CHARGE(S) AGAINST ME; THE PROVISIONS OF THE ARD PROGRAM HAVE BEEN EXPLAINED TO ME AND I AM WAIVING MY RIGHT TO A SPEEDY TRIAL UNDER RULE 1100; I AGREE TO ARD PLACEMENT AND I HEREBY PLEAD GUILTY TO ALL SUMMARY OFFENSES IF APPLICABLE.

_____       _____
Defendant                  Attorney for Defendant

**PWOV:**

AND NOW, _____, 19 ____, I STATE THAT I AM THE DEFENDANT IN THIS MATTER AND THAT I UNDERSTAND THE CHARGE(S) AGAINST ME; THE PROVISIONS OF THE PWOV PROGRAM HAVE BEEN EXPLAINED TO ME AND I AM FOREVER WAIVING MY RIGHT TO A JURY TRIAL BY PLEADING NO CONTEST AND REQUESTING PWOV PLACEMENT; I UNDERSTAND THE POSSIBLE MAXIMUM SENTENCE(S) INVOLVED; I AGREE TO PWOV PLACEMENT AND I HEREBY PLEAD NO CONTEST TO THIS CHARGE(S).

_____       _____
Defendant                  Attorney for Defendant

Supp. App. 3

IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

Commonwealth (VS)   BEASON DEMOND                    (The Defendant)

Case Number:        1994-01082         OTN: E1628793

         Count  Information
           1    RESISTING ARREST

Plea       9/07/94
           1    NO CONTEST

And now  9/21/94, the Court Sentences the Defendant to pay the following:

Total Cost & Fines       221.18

and undergo the following imprisonment:

SENTENCE -
CT.1;COSTS; 10 MONTHS TO 24 MONTHS SCI AT WESTERN TO BE SERVED
CONSECUTIVE TO CASE NO. 1906 OF 1993

The Defendant, shown above, is ordered committed to the SCI AT WESTERN,
for compliance with the above sentence.

DOMITROVICH STEPHANIE

_____
          Judge

A TRUE COPY AS FILED
ATTEST _____
DEPUTY CLERK OF COURTS
MY COMMISSION EXPIRES THE FIRST MONDAY IN JAN. 2026

Supp. App. 4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Supplement Record on Appeal was mailed this 13th day of October, 2006, addressed to the following:

Robert L. Eberhardt
Assistant United States Attorney
400 United States Courthouse
Pittsburgh, Pennsylvania 15219


Demond Poetry Beason
Register No. 20184-068
Federal Correctional Institution
  at Allenwood (Medium)
P.O. Box 2000
White Deer, Pennsylvania 17887


_____
Renee Pietropaolo
Assistant Federal Public Defender