UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1531

UNITED STATES OF AMERICA

v.

DEMOND POETRY BEASON,

                              Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 03-cr-00040)
District Judge: Hon. Sean J. McLaughlin

Submitted under Third Circuit LAR 34.1(a)
on May 18, 2007

Before: FISHER and ROTH, Circuit Judges
RAMBO*, District Judge

**JUDGMENT**

This case came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on May 18, 2007.

---

    *Judge Sylvia H. Rambo, United States District Court Judge, for the Middle District of Pennsylvania, sitting by designation.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court dated February 6, 2006, be and the same is hereby **affirmed.**

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: August 17, 2007

**Certified as a true copy and issued in lieu of a formal mandate on** 09/12/07

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**