OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron  
Clerk

FOR THE THIRD CIRCUIT  
21400 United States Courthouse  
601 Market Street  
Philadelphia PA 19106-1790

Telephone  
267-299-4918

www.ca3.uscourts.gov

September 12, 2007

Mr. Robert V. Barth Jr., Clerk  
United States District Court for the Western District of PA  
17 South Park Row  
Room B-160  
Erie, PA  16501


RE: Docket No. 06-1531  
    USA  vs. Beason  
    No. 03-cr-00040


Dear Mr. Barth:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                                  Very truly yours,  
                                  MARCIA M. WALDRON  
                                Clerk

                       By:  Phyllis Ruffin  
                            Case Manager


Enclosure

cc:  Robert L. Eberhardt, Esq.
     Renee Pietropaolo, Esq.