**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 06-1531

---

UNITED STATES OF AMERICA

v.

DEMOND POETRY BEASON,
              Appellant

---

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 03-cr-00040)
District Judge: Hon. Sean J. McLaughlin

---

Before: FISHER and ROTH, Circuit Judges, RAMBO[*], District Judge

(Opinion filed: August 17, 2007)

---

ORDER AMENDING OPINION

---

      It appearing that the opinion issued by this Court on August 17, 2007 contains a typographical error with respect to the statute violation named at Count 1 and at the direction of the Court page 3 of the opinion is amended as follows:

---

[*] Judge Sylvia H. Rambo, United States District Court Judge, for the Middle District of Pennsylvania, sitting by designation.

      In 2003, a grand jury in the Western District of Pennsylvania returned a three-count indictment charging appellant with violations of 18 U.S.C. § 2114(a) (Count 1) ....

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Dated: October 24, 2007
psd/par/cc: R.P., Esq.
           R.L.E., Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk