IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
          vs.                       )     Criminal Number 03-40E
                                    )
DEMOND BEASON                       )

The above named defendant satisfied the judgment of SEPTEMBER 21, 2004 by paying on FEBRUARY 11, 2008 the full balance due on his/her court ordered:

          __X__ Assessment
          _____ Fine
          _____ Costs
          _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____    3-27-08
Deputy Clerk                 Date

CLERK
U S DISTRICT COURT
2008 MAR 27 AM 9:17